## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **AARON J. RAPCAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 4:17-CV-2362 PLC** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Acting Commissioner of Social Security is **REVERSED** and this cause of action is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.


_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of March, 2018